No. 91–7245. RENEER v. SAMBERG ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–7246. CONNOR v. MOBIL CHEMICAL CO. C. A. 5th Cir. Certiorari denied.

No. 91–7271. STOKES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7275. SMITH v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 91–7276. GREEN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 91–7278. VALLADARES v. TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 91–7279. AGATI, DBA INTERNATIONAL MULTI-SERVICES v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 91–7283. YOUNG v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7286. LAWRENCE v. HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–7293. BAILES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7299. SCHMITT v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 91–7312. JORDAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 91–7317. QUINSKY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7343. MARSHALL v. SALTON. C. A. 11th Cir. Certiorari denied.